United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY REYNOLDS,

    Plaintiff,

v.

APPLE INC., et al.,

    Defendants.

Case No. 19-cv-05440-RS (DMR)

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 79

The court held a Zoom-based settlement conference on October 15, 2020, at which Plaintiff Larry Reynolds was represented by pro bono counsel Laura Chapman in his claims against Defendants Apple and Google. The parties settled the case in full. They finalized written settlement agreements which Ms. Chapman reviewed with Mr. Reynolds. Due to the Covid-19 pandemic, the court had to hold the settlement conference by Zoom instead of in person. Had the conference taken place in person, the court would have obtained Mr. Reynolds' signature on the agreements. However, Mr. Reynolds was participating from out of state, and does not have home equipment to facilitate the signing process. Instead, Mr. Reynolds represented to the court that he would go to his neighborhood Office Depot the same day in order to print, sign, scan and email the settlement agreements back to Ms. Chapman, who would forward them to defense counsel. Mr. Reynolds has not yet done what he promised to do. Therefore, Mr. Reynolds is ordered to show cause by November 6, 2020. By that date, he must either send both signed settlement agreements to Ms. Chapman, or file a written response explaining why he has not signed the agreements as promised. Ms. Chapman shall promptly send a copy of this order to Mr. Reynolds via email.

**IT IS SO ORDERED.**

Dated: October 27, 2020

IT IS SO ORDERED

Donna M. Ryu
United States Magistrate Judge